UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) CASE NO. 3:21-CR- 15
v. )
) JUDGES Crytzer / Guyton
JOSHUA THOMAS HONEYCUTT )

## INDICTMENT

### COUNT ONE

**SEALED**

The Grand Jury charges that, on or about September 30, 2020, within the Eastern District of Tennessee, the defendant, JOSHUA THOMAS HONEYCUTT, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, the firearm having been transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, JOSHUA THOMAS HONEYCUTT, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms involved in

the commission of the offense, including, but not limited to: Davis Industries, Model D-25, .25 caliber derringer pistol.

3. If any of the properties described above, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

GRAND JURY FOREPERSON

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

LATOYIA T. CARPENTER
Assistant United States Attorney